# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARKANSAS FEDERAL CREDIT UNION and THE SUMMIT FEDERAL CREDIT UNION, on Behalf of Themselves and All Others Similarly Situated,   Plaintiff,<br><br>-v-<br><br>HUDSON'S BAY COMPANY, SAKS INCORPORATED, and LORD & TAYLOR, LLC   Defendant. | Case No. 1:19-cv-04492-PKC<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Arkansas Federal Credit Union (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff Arkansas Federal Credit Union does not have any publicly held corporate parents, affiliates, and/or subsidiaries.

**Date:** 5/29/2019

/s/ Joseph P. Guglielmo
**Signature of Attorney**

**Attorney Bar Code:** JG-2447