UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARKANSAS FEDERAL CREDIT UNION and THE SUMMIT FEDERAL CREDIT UNION, on Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiffs,<br>v.<br><br>HUDSON'S BAY COMPANY, SAKS FIFTH AVENUE LLC, SAKS & COMPANY LLC, SAKS INCORPORATED, AND LORD & TAYLOR, LLC<br>       Defendants. | Case No. 19-cv-4492 (PKC)<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on December 7, 2021, at 2:30 p.m., before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Plaintiffs Arkansas Federal Credit Union and The Summit Federal Credit Union, by and through Class Counsel, will move and hereby do move for an order, pursuant to Fed. R. Civ. P. 23(b)(2), 23(b)(3), & 23(e), (1) certifying the Settlement Class; and (2) granting final approval to the Settlement Agreement.

  **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely on the accompanying memorandum of law, the Declaration of Kari L. Schimdt of Analytics Consulting LLC, the previously filed Declaration of Joseph P. Guglielmo (ECF No. 86), the Supplemental Declaration of Joseph P. Guglielmo, and the accompanying exhibits. Plaintiffs' counsel have conferred with Defendants' counsel and confirmed that Defendants do not oppose Plaintiffs' Motion.

Dated:  November 1, 2021	Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo
Carey Alexander
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
ecomite@scott-scott.com

Karen S. Halbert
Michael L. Roberts
Jana K. Law
**ROBERTS LAW FIRM, PA**
P.O. Box 241790
Little Rock, AR 72223
Telephone: 501-821-5575
Facsimile: 501-821-4474
karenhalbert@robertslawfirm.us
mikeroberts@robertslawfirm.us
janalaw@robertslawfirm.us

Gary F. Lynch
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com

*Attorneys for Plaintiffs Arkansas Federal Credit Union and The Summit Federal Credit Union*