# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARKANSAS FEDERAL CREDIT UNION and THE SUMMIT FEDERAL CREDIT UNION, on Behalf of Themselves and All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>HUDSON'S BAY COMPANY, SAKS FIFTH AVENUE LLC, SAKS & COMPANY LLC, SAKS INCORPORATED, and LORD & TAYLOR, LLC,<br><br>               Defendants. | Case No. 19-cv-4492 (PKC) |

**SECOND SUPPLEMENTAL DECLARATION OF JOSEPH P. GUGLIELMO**

I, Joseph P. Guglielmo, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am a partner in the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), one of the attorneys representing Plaintiffs Arkansas Federal Credit Union and The Summit Federal Credit Union ("Plaintiffs"), and Class Counsel in the above-captioned action (the "Litigation") against Defendants Hudson's Bay Company ULC (formerly known as Hudson's Bay Company) ("HBC"), Saks Fifth Avenue LLC, Saks & Company LLC, and Saks Incorporated (collectively, "Saks"), and Lord & Taylor, LLC ("Lord & Taylor") (collectively, "Hudson Bay" or "Defendants," and with Plaintiffs, the "Parties").

2. I provide this Declaration in further support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement (ECF No. 94), and their Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Class Representative Service Awards (ECF No. 98), and to supplement the information provided in my previously filed Declarations appearing at ECF Nos. 86 and 97. I have personal knowledge of all matters set forth herein and would testify competently to them if called upon to do so.

3. Class Counsel, after conferring with marketing professionals, directed that information regarding the Settlement be published to potential Class Members on LinkedIn regarding the Settlement. The information included a link to the Settlement website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2021

                                     */s/ Joseph P. Guglielmo*
                                     Joseph P. Guglielmo